UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NATIONWIDE INSURANCE COMPANY OF
AMERICA as subrogee of LINDA CANNINO,

                Plaintiff,

  -against-

UNITED STATES SECRET SERVICE and
NEIL FREI,

                Defendants.

-----------------------------------------------------------x

CIVIL ACTION NO.
12-1829

Judge Townes

Notice of Dismissal

      PAUL COHEN, an attorney admitted to practice in the United States District Court, Eastern District of New York, respectfully states the following under penalty of perjury:

1. I am associated with Epstein Gialleonardo Harms & McDonald, the law firm that represents the plaintiffs, Nationwide Insurance Company of America, as subrogee for Linda Cannino.

2. The plaintiff brought this lawsuit to recover the costs of property damage to the vehicle owned by Linda Cannino, an insured of Nationwide Insurance Company of America, as a result of an automobile accident with a vehicle owned by defendant United States Secret Service and driven by an employee, Neil Frei, on April 15, 2010.

3. I make this affirmation in support of the notice of dismissal of the instant lawsuit pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

New York, New York
June 27, 2012

The application is ☒ granted.
                ☐ denied.
SO ORDERED.
s/ SLT
_____
Sandra L. Townes, U.S.D.J.
Dated: June 29, 2012
Brooklyn, New York

_____
Paul Cohen